

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2022

No. 04-22-00130-CV

**CONSOLIDATED TOWNE EAST HOLDINGS, LLC**,
Appellant

v.

**THE CITY OF LAREDO**, Robert A. Eads in His Official Capacity as Office of City Manager,
and Riazul I. Mia in His Official Capacity of Director of City of Laredo Utilities,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK001518D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellee's brief originally was due on June 27, 2022. On June 9, 2022, this court granted appellee an extension of time to July 27, 2022. On July 25, 2022, appellee filed an unopposed motion requesting a second extension of time until August 8, 2022 to file a brief. We GRANT the motion and appellee is ORDERED to file his brief **no later than August 8, 2022**. FURTHER REQUESTS FOR AN EXTENSION OF TIME WILL BE DISFAVORED IN THE ABSENCE OF EXTENUATING CIRCUMSTANCES.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court